JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

RECEIVED
8/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PC SCAN

25CV50337

United States District Court

Northern District, Western Division Of Illinois

Skyler Sky aka Bradley Cornille,

Plantiff,

VS.        Case No. _____

1. Andrea Tack,           42 U.S.C. 1983 State Prisoner
2. Nicole Perez                Jury Trial Demanded
3. Wexford Health Sources Inc.,
4. Jane Doe #1,
5. Jane Doe #2,
Defendant's.

-- Jurisdiction
        Plantiff: Skyler Sky aka Bradley Cornille B88097
            251 N. IL Hwy 37
            Ina, IL 62846
            Big Muddy River cc

Defendant 1: Andrea Tack Warden Of Dixon cc, 2600
N. Brinton Ave., Dixon IL 61021. State employee of IDOC.

    Defendant 2: Nicole Perez, Assist ADA Coordinator of
Dixon cc, 2600 N. Brinton Ave., Dixon, IL 61021. state employee
of IDOC.

    Defendant 3: Wexford Health Sources Inc., at time of
events provider of medical services to Prisoners at Dixon
cc, 2600 N. Brinton Ave., Dixon, IL 61021. Contractor/
Contract employee of Illinois. HQ: 501 Holiday Dr. Ste. 300
                    Foster Plaza Four
            Page (1 of 10)    Pittsburgh, PA 15220

Defendant 4: Jane Doe #1 RN of Wexford at Dixon cc at time of events, 2600 N. Brinton Ave., Dixon IL 61021. Contract employee of Illinois.

Defendant 5: Jane Doe #2 RN of Wexford at Dixon cc at time of events, 2600 N. Brinton Ave., Dixon, IL 61021. Contract employee of Illinois.

This civil action is authorized by 42 U.S.c. sec. 1983 to redress the deprivation under the Color of Law of rights secured by US constitution. This Court has jurisdiction under 28 U.S.C. Sec. 1331 & 1343 (a) 1,2,3. Court also has authority to grant declatory relief under 28 U.S.c. Sec. 2201 & 2202 with Rule 57 Federal Rules of civil Procedure. Northern District Western Division of Illinois is proper venue under 28 U.S.c. Sec. 1391 (b)(2) due to fact it is where the events giving rise to this claim occurred. Defendant's do business in this District.

- Preliminary Statement

Plaintiff Skyler Sky aka Bradley Corville a transgender female, Pro Per, brings this complaint for (1) Declatory Relief, (2) Damages for violations of their constitutional rights and protections under 42 U.S.c. 1983. Plaintiff contends that all (5) five Defendant's were actively under the color of law as state employees at the time the claims asserted in this complaint arose. Plaintiff was denied thier constitutional rights & protections when Defendant's (Defendant's who are being sued jointly,

Page 2 of 10

Severity's with indimification in their individul capacity officially) Specifically's knowingly committed the acts of:

A. Deliberate Indifference to serious medical needs

B. ADA violations

C. Cruel's unusual Punishment

D. Equal Protection

E. Retaliation

F. Monell claim as a transgender female they are still to be given same level of medical care, ADA protections, protected from cruel's unusual Punishment & equal protection as non-transgenders's without retaliation.

Defendant's acts caused Plaintiff extreme cruel, serious, & severe pain's irreversibale harm.

— Previous Federal Lawsuits

1. Cornille v. Jones et. al., Fed. Ct. S. Dist. No. 18-cv-1496, Judge Gilbert, civil rights, case withdrawn byself. Filed late 2018 closed Dec. 2019. Not dismissed for any reason.

2. Cornille v. Canton et. al. Fed. Ct. Central Dist. No. Unkn, Judge unkn, Civil Rights. Case withdrawn byself. Filed 2012. Closed late 2014. Not dismissed in any manner.

3. Cornille v. Lashbrook et. al, Fed. Ct. S. Dist. No. 19-cv-2, Judge Ro-sentengel. Civil Rights. Case withdrawn byself. Filed Jan. 2019 closed 2-22-19. Not dismissed in any manner.

4. Cornille v. Luthern Social Services et. al. Fed. Ct. S. Dist. No. 19-cv-47, Judge Yandle, civil Rights. Filed Jan. 2019 closed 2/22/19

Page 3 of 10

Not dismissed as a strike, frivolous, malicious, nor failure to state a claim. Case was not ripe dismissed without prejudice.

5. Cornille v. Popit, Fed. Ct. S. Dist. No. 19-cv-271, Judge Sison, civil rights. Case withdrawn byself. Filed Jan. 2019 closed Dec. 2019. Not dismissed in any manner.

6. Cornille v. Groove et. al. Fed. Ct. S. Dist. No. 19-cv-272, Judge Rosenterger, civil rights, Case withdrawn byself. Filed Jan. 2019 closed Dec. 2019. Not dismissed in any manner.

7. Cornille v. Jeffreys et. al., Fed. Ct. S. Dist. No. 22-cv-01988-MAB, Judge Beatty, civil rights, Filed 2022 in August. Not dismissed; still ongoing.

8. Cornille v. Myers et. al. Fed. Ct. S. Dist. No. 24-cv-01202-SMY, Judge Yandle, civil rights, Filed 2024. Not dismissed; still ongoing.

9. Sky v. Scott et. al., Fed. Ct. S. Dist. No. 25-cv-60337-RJD, Judge Daly, civil rights, Filed 2025 in February. Not dismissed; still ongoing.

— Grievance Procedure

A. There is a grievance procedure.

B. Plaintiff did present the facts of this Complaint via grievance procedure.

C. Plaintiff filed & fully exhusted all grievances pertaining to this matter & was denied at all steps.

D. Grievance Process fully exhusted. Ex. A-D.

— Statement Of Claim

For background that led to this complaint; while not subject of this suit On 6-20-24 at Dixon cc Plaintiff was the victim of transgender hate violence via a vis-cous & violent stabbing/assault by another Prisoner; (one who there was a keep seperate from "KSF" between Plaintiff & them) As a result

Plaintiff was rushed via ambulance of Dixon Fire/EMS to the Emergency Room at KSB of Dixon. Plaintiff had loss of vision in the left eye, a stab would above the left eye that took internal stitch with eight (8) external stitches to close & a concussion. After treatment at KSB ER Plaintiff was returned to Dixon CC with very detailed discharge instructions (Exhibit E-0) & Placed on medical observation in Dixon CC Infirmary in an ADA compliant cell due to fact the Plaintiff is wheel chair bound/dependant.

This suit concerns/pertains to the following:

A. 6-21-24 Plaintiff was retaliated on for being attacked when Sgt. J. Fredrick on orders of Defendant Tack & Perez moves the Plaintiff from the Dixon CC HCU observation cell that was ADA compliant to Dixon CC restrictive housing South hall cell 16 a non legally compliant cell. the cell was so small (approx 7' wide by 8' deep w/ toliet, sink, bed & desk all in less than 56 square feet) that even the door way had to grind & scrape the wheels of Plaintiff's wheel chair on the door frame as the leg rest hit the toilet. Plaintiff Could not manuver in the cell except straight into the back of the cell where the bed was & Plaintiff had to transfer into the bed, fold their wheel chair up, then turn the wheel chair half way around, then unfold the wheel chair, transfer back into the wheel chair just to use the toilet or to exit the cell. Exhibit P is a sketch of the cell. Plaintiff asked Sgt. J. Fredrick "why am I being punished? IA C/o Reyes & Linboom cleared me, I'm the one who was attacked. You know I can't be in this cell it is not ADA." Sgt. Fredrick replied "That is between you, warden Tack, & ADA Perez they ordered me quote to move your franny ass

Page 5 of 10

here until they decide what to do with you. You got ADA compliants writefferez because she said you will survive in this cell. If you don't like that write another fucking grievance." Sgt. Fredrick slammed the cell door & left.

B. 6-21-24 approx. 1Pm Plaintiff begun throwing up blood which was a warning of serious medical complications on ER discharge papers. Sgt. Herwig called medical speaking with Jane Doe#1 Nurse about what to do about me throwing up blood. Jane Doe#1 told Sgt. Herwig "Just keep them awake & cool; Wexford Policy is to only send them back out when their unconscious." Sgt. Herwig replied this to the Plaintiff & commented I do not know how we keep you cool it's over one hundred degrees (100°) in here & no AC. Sgt. Herwig went to call ADA Perez over the cell issues. Perez told Sgt. Herwig "Tell them they will survive." Plaintiff wrote ADA Perez as well & never got a reply.

C. 6-22-24 Plaintiff still not feeling any better attempts to transation from their bed to their wheel chair slipping & smashing their head into the steel desk. When Plaintiff regained consciousness blood was covering their face, they were still in extreme pain with dizzyness & nausoas as well as now have 5 of the 8 surface stitches (that had been put in two (2) days ago at the ER) busted out & opened the wound. Plaintiff managed to drag themself onto their bed then transfer into their wheel chair where Plaintiff made it to the toilet by the door, toilet with no legal ADA grab bars there is one bar (that is illegal & of no use) it is a 90° slant to the floor & as Plaintiff tryed to hold onto it throwing up blood & bile the Plaintiff fell into the wall/door frame. Plaintiff got security's attention where Sgt.

Herwig again called Medical. Jane Doe #1 was working Dixon Hcu again, after Sgt. Herwig gave Jane Doe #1 all the details including how my condition looked to him Jane Doe #1 informed Sgt. Herwig they would see what doc wanted to do. After Jane Doe #1 did not call back Sgt. Herwig called again this time getting Jane Doe #2 whom informed Sgt. Herwig that (Jane Doe #1) the other nurse never said anything nor left any notes. Jane Doe #2 informed Sgt. Herwig they would place Plaintiff on doctor call line for next week, we are short staffed, have no room & if things get worse just keep Plaintiff in bed on resting. Sgt. Herwig relayed all of this to Plaintiff & Sgt. Herwig even contacted Medical reaching Jane Doe #2 again about the wound still bleeding & open. Jane Doe #2 told Sgt. Herwig to have them place a rag on it & it will stop. Plaintiff was unable to rest extreme pain, nauseous, dizzy, had become unable to eat on 6/21/24 so throwing up became dry heaves or just water, it was over a hundred degrees (100°) in the cell, Plaintiff was confused & struggled to breathe. Plaintiff continued filing sick calls all ignored. Plaintiff never received wound care resulting in permenant disfigurment Plaintiff never even received any medical treatment till they were released from restrictive housing & returned to Dixon cc Hcu 2nd floor RG side where they normally resided.

D. 6-25-24 After Plaintiff never received any response from Assist. ADA. Coor. Perez Plaintiff wrote an urgent ADA grievance; to which Perez who has no formal training, knowledge, or understanding of Federal ADA law could not even properly reply to or correctly fill out the ADA grievance.

E. 6-25-24 Plaintiff was able to speak with warden Tack on 6/25/24 on the walk to Restrictive Housing where Plaintiff explained in great detail all that they had endured

after being Placed in restrictive housing on her (Jack) & Perez's orders even how Plaintiff had been denied medical care & an ADA cell accomidation. Jack replied "Always you transgenders who think you deserve special attention. Yes we ordered you held there till we could come up with next steps. An your fine now so it will be ok. I will look into when I ~~an~~ an IA feel you should be released." Plaintiff was then released the following day. Plaintiff is now "Legally Blind" in their Left eye. Exhibit Q

## Legal Claims For Relief

1. Plaintiff incorporates each paragraph of this complaint as if fully restated ~~here in~~ herein.

2. Plaintiff has the right to be free from cruel & unusual Punishment, right to fair, ~~equ~~ equal, & basic medical, right to be free from retaliation & equal Protection & ADA accomadations despite they are transgender.

3. In manner described more fully above/herein, Defendant's acting under the color of law, engaged in illegal, extreme, outrageous, willful, malicious, & wanton conduct. These actions were rooted in the abuse of power & authority to attack, intimidate, & retaliate. These illegal acts were done intentionally, with malice, conspiricy, & reckless indifference to not only the Plaintiff's rights & Protections but their life as well.

4. All Defendant's have an affirmative duty to provide the Plaintiff with adequate, humane, medically neccesity treatment, housing, estically ADA housing seeing as they a disabled, safety & well being & Defendant's intentionally failed.

5. Defendant's by & through their positions has an affirmative duty to enact & uphold policies, Practices, Procedures, & customs as well as Constitutional Protections &

Provide for training & oversight of staff without retaliation, not even against transgenders.

6. Defendant's acts described herein caused serious irreparable damage to the Plaintiff including extreme unecessary Pain, prolonged Pain, suffering.

7. Plaintiff seeks declatory relief against the Defendant's in their offical capacity, Nominal, Compensatory, & Punitive damages against the Defendant's individual capacity & "Indemnification" for payment of any award against them jointly & severally.

## Prayer For Relief

Wherefore, Plaintiff ask that the Court enter a Judgement against the Defendant's & that the Court:

1. Declare the actions of the Defendant's violated the Plaintiff's rights & Protections under the Constitution.

2. That this Court would refer the Defendant's for Prosecution under any & all applicable Federal Statues.

3. Nominal Damages of $1,000.00 (USD) against each Defendant jointly & severly, individual capacity.

4. Compensatory Damages of $2,000,000.00 (2 million USD) against each Defendant jointly & severly, individual capacity.

5. Punitive Damages of $350,000.00 (USD) against each Defendant jointly & severly, individual capacity.

6. A Jury trial on all issues so triable in accordance with Federal Rules of Civil Procedure, Rule 38.

7. All cost incurred by Plaintiff for this suit, including but not limited to

Page 9 of 10

attorneys fees.

8- Any additional relief this Court deems Just, Proper, & equitable.

Respectfully submitted,

Skyler Sky

Skyler Sky aka Bradley Cornville B88099

251 N. IL Hwy 37

Ina, IL 62846

Pro se,

Dated: 08/05/25

Verification

I have read the foregoing compliant an hereby verify that the matters alleged herein are true & correct, except as to matters alleged on information or belief & as to those I believe them to be true. I certify under penalty of perjury the forgoing is true & correct. Executed at BMRcc, Ina, IL on: 8/5/25

Skyler Sky

Skyler Sky aka Bradley Cornville

Certificate of Service

Undersigned certifies that on: 08/05/25 they caused this compliant to be E-Filed from BMRcc Law Library to Fed. Ct. N. Dist. W. Div.

Skyler sky

Skyler Sky aka Bradley Cornville

Page 10 of 10