EX A

J.B. Pritzker
Governor



Latoya Hughes
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: Cornille, Bradley

ID# : B88097

Facility: DIX

11/18/24

Date

This is in response to your grievance received on __7/30/24__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding: Grievance dated:** 6/25/24   **Grievance Number:** K0016-0624-4957   **Griev Loc:** DIX

■ Medical ADA: (6/21/24) Claims being denied ADA accommodations.

☐ Dietary

☐ Personal Property

☐ Mailroom/Publications

☐ Staff Conduct

☐ Commissary / Trust Fund

☐ Conditions (cell conditions, cleaning supplies, etc.)

☐ Disciplinary Report: Dated: _____ Incident # _____

☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

☐ Affirmed

☐ Denied, in accordance with DR504F, this is an administrative decision.

■ Denied, this office finds the issue was appropriately addressed by the facility Administration.

☐ Other:

☐ Denied as the facility is following the procedures outlined in DR525.

☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.

☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: _____
Ryan Nothnagle
Administrative Review Board

CONCURRED: _____
Latoya Hughes
Acting Director

CC: Warden, DIX _____ Correctional Center
Cornille, Bradley _____, ID# B88097

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

RG 15

Ex B

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report |
|---|

**Date Received:** 07/10/2024     **Date of Review:** 07/18/2024     **Grievance #:** K0016-0624-4957

**Individual in Custody Name:** Cornille, Bradley     **ID#:** B88097

**Nature of Grievance:**

ADA Disability Accommodations

**Facts Reviewed:**

This Grievance Officer notes the complaint made by Cornille, Bradley B88097 alleging lack of ADA accommodations.

This Grievance Officer notes all treatment must be ordered by the licensed physician at the facility and not a matter of individual in custody preference. This Grievance Officer has no authority to evaluate clinical decisions made by licensed physicians.

This Grievance Officer notes this issue was addressed at the First Level. Per Assistant ADA Coordinator Perez, individual is currently in an ADA cell on ADA 2nd Floor HCU. All medical devices/accommodations are ordered ans clinically indicated through Central Supply. Items are subject to the ordering and supply availability. Cornille's trapeze has been ordered and will be issued when it comes in."

**Recommendation:**

Based on the total review of all available information, this Grievance Officer is reasonably satisfied that Cornille's B88097 concerns have been addressed, as he has continuous access to medical care and ADA accommodations.

A Carlson CCII

Print Grievance Officer's Name     Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

**Date Received:** 7-23-24     ☒ I concur     ☐ I do not concur     ☐ Remand

**Action Taken**

Chief Administrative Officer's Signature     7-23-24   Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature     B88097 ID#     7/24/24 Date

Illinois Department of Corrections

**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: RH 5 Hall 16

Ex 6

| Date | Individual in Custody (Last Name, First Name) (please print): | ID #: | Race (optional): |
|---|---|---|---|
| 6/25/24 | Corville, Bradley J | B88097 | |

**Current Facility:** Dixon

**Facility where grievance issue occurred:** Dixon

**Nature of Grievance:**
- ☐ Staff Conduct
- ☑ ADA Disability Accommodation
- ☐ Restoration of Sentence Credit
- ☐ Medical Treatment
- ☐ Dietary
- ☐ Disciplinary Report: _____ Date of Report _____ Facility where issued
- ☐ Personal Property
- ☐ Mail Handling
- ☐ PREA
- ☐ HIPAA
- ☐ Other (specify): _____

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

| ADA Coordinator Name (Print) | ADA Coordinator Signature | Date |
|---|---|---|
| | | |

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

**Date & Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

As of 6/21/24 while held RH 5. Hall 16 I am being & will continue to be denied adequate ADA accommodations. This cell only has ONE ADA Grab bar & its at a full 90° slant to the floor not safe, proper,

☐ **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☑ Continued on Reverse

**Relief Requested:**

Immediate relocation to an ADA compliant cell. Along w/a bed & a trapeeze. Any further delay will cause further harm to me.

| Individual in Custody Signature | ID # | Date |
|---|---|---|
| [signature] | B88097 | 6/25/24 |

**Counselor Response (if applicable):** Date Received: 7/2/24

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Currently in ADA cell on ADA 2nd floor HCU. All medical devices/accommodations are ordered as clinically indicated through central supply. Items are subject to the ordering and supply availability. Mr. Corville's trapeze has been ordered and will be issued when it comes in.

| Counselor Name (Print) | Counselor Signature | Date |
|---|---|---|
| [name] O.S. | [signature] assistant ADA coord. | 7/3/24 |

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer

| **EMERGENCY REVIEW:** Date Received: _____ | Assigned Grievance #/Institution 0624 - 4957 |
|---|---|
| Is this determined to be of an emergency nature: | First Level Received: 26 JUN 2024 |
| ☐ Yes, expedite emergency grievance. | Second Level Received: _____ |
| ☐ No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure. | Place File Stamp Here: |
| Chief Administrative Officer Signature _____ Date _____ | |

Please check if using it utilizing follow up DOC0743p

**Illinois Department of Corrections**
**Individual in Custody Grievance**          Pilot Program Only

Ex B

or legal, w/my conditions/limitations I need level ADA Bars to the left of the toilet & directly behind the toilet so I can safety transition from wheel chair to toilet w/o falling. Again. I do not have a trapeeze on my bed here in restrictive housing either. Mike in PT originally ~~ordered~~ ordered it a month ago but no one could find the document so today 6/25/24 at 10:00 hrs in my PT appointment Mike re-did the order for the trapeeze. I've done been injured because of lack of ADA accomodations & denied care. This is torture & cruel & unusal punishment. I fell on saturday 6/22/24 & busted 5 of 8 stitches out of my head. Sgt. Herwig called medical but no one came I turned in a sick call same day still nothing.

   CC: DOJ CRB & Att. Bennett

GRIEVANCE OFFICE
RECEIVED

06 2? - 4 9 5 2

h 16

n/a        Ԑ⳿Ԑ

| | | | |
|---|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: | n/a |
| MRN: | 567214; 567214 | Discharge Date: | n/a |
| Encounter: | 11550895; 11589873 | Attending: | Gallant,James MD ; Tuell,Susan |

## Emergency Documentation

*Electronically Signed on 06/20/2024 21:27 CDT*

*Gallant, James MD*

Document Type:                 ED Patient Summary
Service Date/Time:           6/20/2024 14:48 CDT
Result Status:                  Auth (Verified)

**ED Patient Summary**

### Katherine Shaw Bethea Hospital
### 403 E 1st St, Dixon, IL 61021
### (815) 288-5531
### Discharge Instructions (Patient)

**Name:** CORNILLE, BRADLEY J **Current Date:** 6/20/2024 14:48:13
**DOB:** 12/26/1991 **MRN:** 567214 **FIN:** 11550895
**Diagnosis:** 1:Head injury; 2:Concussion; 3:Facial laceration; 4:Hypokalemia1:Head injury;
2:Concussion; 3:Facial laceration; 4:Hypokalemia
**Visit Date:** 6/20/2024 11:34:17
**Address:** 2600 N BRINTON AVE DIXON IL 610219532
**Phone:** (815)288-5561
**Primary Care Provider:**
**Phone:**
**Emergency Department Providers:**
**Primary Physician:**
GALLANT, JAMES F

Thank you for choosing KSB Hospital. You will be receiving an email survey from KSB Hospital. Please take time to complete the online survey about your experience within the KSB Hospital Emergency Department. Your opinion matters to us and we want to hear from you!

Katherine Shaw Bethea Hospital Emergency Department would like to thank you for allowing us to assist you with your healthcare needs. The following instructions include patient education materials and information regarding your injury/illness.
CORNILLE, BRADLEY J has been given the following list of follow-up instructions, prescriptions, and patient education materials:
**Follow-up Instructions:**

**With:**                      **Address:**                      **When:**

n/a           £x F

| | | | |
|---|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: | n/a |
| **MRN:** | 567214; 567214 | Discharge Date: | n/a |
| **Encounter:** | 11550895; 11589873 | Attending: | Gallant,James MD ; Tuell,Susan |

## Emergency Documentation

Follow up with Primary Care
Provider
**Comments:**
Drink lots of liquids to stay well-hydrated, your urine should be crystal clear.  Take Tylenol
as needed for pain.  Take clindamycin, 150 mg every 8 hours with food for 7 days to prevent
 wound infection.  Take potassium chloride, 20 mEq each day for 7 days as your potassium
was slightly low.  Clean the wound twice a day with half-strength hydrogen peroxide
followed by some triple antibiotic ointment and a Band-Aid.  Have the stitches removed in 7
days.  You had a concussion so follow strict rest, both mental activity and physical
activity and get evaluated by your medical team each day for the next 7 days.  Return if
worse.

If you had x-rays today, they were read by the Emergency Provider. A radiologist will review the x-rays
within 24 hours. If you had a lab culture, the result will take 24-72 hours. If there is a change in the x-ray
diagnosis or a positive culture, we will contact you with the number you provided at registration.
**Patient Education Materials:**
Head Injury, Adult, Easy-to-Read; Sutured Wound Care, Easy-to-Read; Hypokalemia; Concussion, Adult,
 Easy-to-Read

# Head Injury, Adult



There are many types of head injuries. They can be as minor as a small bump. Some head injuries can be worse.
Worse injuries include:

- A strong hit to the head that shakes the brain back and forth, causing damage (concussion).

- A bruise (contusion) of the brain. This means there is bleeding in the brain that can cause swelling.

- A cracked skull (skull fracture).

- Bleeding in the brain that gathers, gets thick (makes a clot), and forms a bump (hematoma).

---

Report ID:  275932071       Page 19 of 149       Print Date/Time:  1/21/2025 10:47 CST

n/a

ᘓ ᘓ

| | | | | |
|---|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: | n/a |
| MRN: | 567214; 567214 | Discharge Date: | n/a |
| Encounter: | 11550895; 11589873 | Attending: | Gallant,James MD ; Tuell,Susan |

---

### Emergency Documentation

Most problems from a head injury come in the first 24 hours. However, you may still have side effects up to 7–10 days after your injury. It is important to watch your condition for any changes. You may need to be watched in the emergency department or urgent care, or you may need to stay in the hospital.

## What are the causes?

There are many possible causes of a head injury. A serious head injury may be caused by:

- A car accident.
- Bicycle or motorcycle accidents.
- Sports injuries.
- Falls.
- Being hit by an object.

## What are the signs or symptoms?

Symptoms of a head injury include a bruise, bump, or bleeding where the injury happened. Other physical symptoms may include:

- Headache.
- Feeling like you may vomit (nauseous) or vomiting.
- Dizziness.
- Blurred or double vision.
- Being uncomfortable around bright lights or loud noises.
- Shaking movements that you cannot control (seizures).
- Feeling tired.
- Trouble being woken up.
- Fainting or loss of consciousness.

Mental or emotional symptoms may include:

- Feeling grumpy or cranky.
- Confusion and memory problems.
- Having trouble paying attention or concentrating.
- Changes in eating or sleeping habits.
- Feeling worried or nervous (anxious).

---

n/a                                          Ex H

| | | |
|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: n/a |
| MRN: | 567214; 567214 | Discharge Date: n/a |
| Encounter: | 11550895; 11589873 | Attending: Gallant,James MD ; Tuell,Susan |

## Emergency Documentation

- Feeling sad (depressed).

## How is this treated?

Treatment for this condition depends on how severe the injury is and the type of injury you have. The main goal is to prevent problems and to allow the brain time to heal.

### Mild head injury

If you have a mild head injury, you may be sent home, and treatment may include:

- Being watched. A responsible adult should stay with you for 24 hours after your injury and check on you often.
- Physical rest.
- Brain rest.
- Pain medicines.

### Severe head injury

If you have a severe head injury, treatment may include:

- Being watched closely. This includes staying in the hospital.
- Medicines to:
  - Help with pain.
  - Prevent seizures.
  - Help with brain swelling.
- Protecting your airway and using a machine that helps you breathe (ventilator).
- Treatments to watch for and manage swelling inside the brain.
- Brain surgery. This may be needed to:
  - Remove a collection of blood or blood clots.
  - Stop the bleeding.
  - Remove a part of the skull. This allows room for the brain to swell.

## Follow these instructions at home:

### Activity

n/a

Ex I

| | | | |
|---|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: | n/a |
| MRN: | 567214; 567214 | Discharge Date: | n/a |
| Encounter: | 11550895; 11589873 | Attending: | Gallant,James MD ; Tuell,Susan |

## Emergency Documentation

- Rest.
- Avoid activities that are hard or tiring.
- Make sure you get enough sleep.
- Let your brain rest. Do this by limiting activities that need a lot of thought or attention, such as:
  - Watching TV.
  - Playing memory games and puzzles.
  - Job-related work or homework.
  - Working on the computer, social media, and texting.
- Avoid activities that could cause another head injury until your doctor says it is okay. This includes playing sports. Having another head injury, especially before the first one has healed, can be dangerous.
- Ask your doctor when it is safe for you to go back to your normal activities, such as work or school. Ask your doctor for a step-by-step plan for slowly going back to your normal activities.
- Ask your doctor when you can drive, ride a bicycle, or use heavy machinery. **Do not** do these activities if you are dizzy.

**Lifestyle**



- **Do not** drink alcohol until your doctor says it is okay.
- **Do not** use drugs.
- If it is harder than usual to remember things, write them down.
- If you are easily distracted, try to do one thing at a time.
- Talk with family members or close friends when making important decisions.
- Tell your friends, family, a trusted co-worker, and work manager about your injury, symptoms, and limits (restrictions). Have them watch for any problems that are new or getting worse.

**General instructions**

n/a                                                    Ex 3

| | | | |
|---|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: | n/a |
| **MRN:** | 567214; 567214 | Discharge Date: | n/a |
| **Encounter:** | 11550895; 11589873 | Attending: | Gallant,James MD ; Tuell,Susan |

---

### Emergency Documentation

- Take over-the-counter and prescription medicines only as told by your doctor.
- Have someone stay with you for 24 hours after your head injury. This person should watch you for any changes in your symptoms and be ready to get help.
- Keep all follow-up visits as told by your doctor. This is important.

**How is this prevented?**

- Work on your balance and strength. This can help you avoid falls.
- Wear a seat belt when you are in a moving vehicle.
- Wear a helmet when you:
  - Ride a bicycle.
  - Ski.
  - Do any other sport or activity that has a risk of injury.
- If you drink alcohol:
  - Limit how much you use to:
    - 0–1 drink a day for nonpregnant women.
    - 0–2 drinks a day for men.
  - Be aware of how much alcohol is in your drink. In the U.S., one drink equals one 12 oz bottle of beer (355 mL), one 5 oz glass of wine (148 mL), or one 1½ oz glass of hard liquor (44 mL).
- Make your home safer by:
  - Getting rid of clutter from the floors and stairs. This includes things that can make you trip.
  - Using grab bars in bathrooms and handrails by stairs.
  - Placing non-slip mats on floors and in bathtubs.
  - Putting more light in dim areas.

## Where to find more information

- Centers for Disease Control and Prevention: www.cdc.gov

## Get help right away if:

- You have:
  - A very bad headache that is not helped by medicine.
  - Trouble walking or weakness in your arms and legs.

---

Ex K

n/a

| | | | |
|---|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: | n/a |
| MRN: | 567214; 567214 | Discharge Date: | n/a |
| Encounter: | 11550895; 11589873 | Attending: | Gallant,James MD ; Tuell,Susan |

## Emergency Documentation

- ○ Clear or bloody fluid coming from your nose or ears.
- ○ Changes in how you see (vision).
- ○ A seizure.
- ○ More confusion or more grumpy moods.
- Your symptoms get worse.
- You are sleepier than normal and have trouble staying awake.
- You lose your balance.
- The black centers of your eyes (pupils) change in size.
- Your speech is slurred.
- Your dizziness gets worse.
- You vomit.

**These symptoms may be an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

## Summary

- Head injuries can be as minor as a small bump. Some head injuries can be worse.
- Treatment for this condition depends on how severe the injury is and the type of injury you have.
- Have someone stay with you for 24 hours after your head injury.
- Ask your doctor when it is safe for you to go back to your normal activities, such as work or school.
- To prevent a head injury, wear a seat belt in a car, wear a helmet when you use a bicycle, limit your alcohol use, and make your home safer.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 10/30/2020 Document Reviewed: 10/30/2020
Elsevier Patient Education © 2023 Elsevier Inc.

# Sutured Wound Care

Sutures are stitches that can be used to close wounds. Some stitches break down as they heal (absorbable). Other stitches need to be taken out by your doctor (nonabsorbable). Taking good care of your wound can help to prevent pain and infection. It can also help your wound heal more quickly. Follow instructions from your doctor about how to care for your sutured wound.

Ex L

n/a

| | | | | |
|---|---|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: | n/a |
| MRN: | 567214; 567214 | Discharge Date: | n/a |
| Encounter: | 11550895; 11589873 | Attending: | Gallant,James MD ; Tuell,Susan |

## Emergency Documentation

## Supplies needed:

- Soap and water.
- A clean, dry towel.
- Solution to clean your wound, if needed.
- A clean gauze or bandage (dressing), if needed.
- Antibiotic ointment, if told by your doctor.

## How to care for your sutured wound



Normal wound    Infected wound

- Keep the wound fully dry for the first 24 hours or as long as told by your doctor. After 24–48 hours, you may shower or bathe as told by your doctor. **Do not** soak the wound or put the wound under water until the stitches have been taken out.
- After the first 24 hours, clean the wound once a day, or as often as your doctor tells you to. Take these steps:
  - Wash and rinse the wound as told by your health care provider.
  - Pat the wound dry with a clean towel. **Do not** rub the wound.
- After cleaning the wound, put a thin layer of antibiotic ointment on the wound as told by your doctor. This will help:
  - Prevent infection.
  - Keep the bandage from sticking to the wound.
- Follow instructions from your doctor about how to change your bandage. Make sure you:
  - Wash your hands with soap and water for at least 20 seconds. If you cannot use soap and water, use hand sanitizer.

EX M

n/a

| | | | |
|---|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: | n/a |
| MRN: | 567214; 567214 | Discharge Date: | n/a |
| Encounter: | 11550895; 11589873 | Attending: | Gallant,James MD ; Tuell,Susan |

## Emergency Documentation

- ○ Change your bandage at least once a day, or as often as told by your doctor. If your dressing gets wet or dirty, change it.
- ○ Leavestitches in place for at least 2 weeks. If you have skin glue over your stitches, this should also stay in place for at least 2 weeks.
- ○ Leave tape strips alone (if you have them) unless you are told to take them off. You may trim the edges of the tape strips if they curl up.
- Check your wound every day for signs of infection. Watch for:
  - ○ Redness, swelling, or pain.
  - ○ Fluid or blood.
  - ○ New warmth, a rash, or hardness at the wound site.
  - ○ Pus or a bad smell.
- Have the stitches taken out as told by your doctor.

## Follow these instructions at home:

### Medicines

- Take or apply over-the-counter and prescription medicines only as told by your doctor.
- If you were prescribed an antibiotic medicine or ointment, take or apply it as told by your doctor. **Do not** stop using the antibiotic even if you start to feel better.

### General instructions

- Cover your wound with clothes or put sunscreen on when you are outside. Use a sunscreen of at least 30 SPF.
- **Do not** scratch or pick at your wound.
- Avoid stretching your wound.
- Raise the injured area above the level of your heart while you are sitting or lying down, if possible.
- Eat a diet that includes protein, vitamin A, and vitamin C. Doing this will help your wound heal.
- Drink enough fluid to keep your pee (urine) pale yellow.
- Keep all follow-up visits.

## Contact a doctor if:

- You were given a tetanus shot and you have any of the following at the site where the needle went in:

Ex N

n/a

**Name:** **CORNILLE, BRADLEY J**  Admit Date: n/a
**MRN:** 567214; 567214  Discharge Date: n/a
**Encounter:** 11550895; 11589873  Attending: Gallant,James MD ; Tuell,Susan

---

### Emergency Documentation

- ○ Swelling.
- ○ Very bad pain.
- ○ Redness.
- ○ Bleeding.
- Your wound breaks open.
- You see something coming out of your wound, such as wood or glass.
- You have any of these signs of infection in or around your wound:
  - ○ Redness, swelling, or pain.
  - ○ Fluid or blood.
  - ○ Warmth.
  - ○ A new rash.
- Your wound feels hard.
- You have a fever.
- The skin near your wound changes color.
- You have pain that does not get better with medicine.
- You get numbness around the wound.

## Get help right away if:

- You have very bad swelling or more pain around your wound.
- You have pus or a bad smell coming from your wound.
- You have painful lumps near your wound or anywhere on your body.
- You have a red streak going away from your wound.
- The wound is on your hand or foot, and:
  - ○ Your fingers or toes look pale or blue.
  - ○ You cannot move a finger or toe as you used to do.
  - ○ You have numbness that spreads down your hand, foot, fingers, or toes.

## Summary

- Sutures are stitches that are used to close wounds.
- Taking good care of your wound can help to prevent pain and infection.

---

n/a

| | | | |
|---|---|---|---|
| **Name:** | **CORNILLE, BRADLEY J** | Admit Date: | n/a |
| MRN: | 567214; 567214 | Discharge Date: | n/a |
| Encounter: | 11550895; 11589873 | Attending: | Gallant,James MD ; Tuell,Susan |

## Emergency Documentation

- Keep the wound fully dry for the first 24 hours or for as long as told by your doctor. After 24–48 hours, you may shower or bathe as told by your doctor.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Revised: 04/25/2022 Document Reviewed: 04/25/2022
Elsevier Patient Education © 2023 Elsevier Inc.

# Hypokalemia

Hypokalemia means that the amount of potassium in the blood is lower than normal. Potassium is a mineral (electrolyte) that helps regulate the amount of fluid in the body. It also stimulates muscle tightening (contraction) and helps nerves work properly.

Normally, most of the body's potassium is inside cells, and only a very small amount is in the blood. Because the amount in the blood is so small, minor changes to potassium levels in the blood can be life-threatening.

## What are the causes?

This condition may be caused by:

- Antibiotic medicine.
- Diarrhea or vomiting. Taking too much of a medicine that helps you have a bowel movement (laxative) can cause diarrhea and lead to hypokalemia.
- Chronic kidney disease (CKD).
- Medicines that help the body get rid of excess fluid (diuretics).
- Eating disorders, such as anorexia or bulimia.
- Low magnesium levels in the body.
- Sweating a lot.

## What are the signs or symptoms?

Symptoms of this condition include:

- Weakness.
- Constipation.
- Fatigue.
- Muscle cramps.

Ex P



Dixon CC
Restrictive Housing
South Hall cell 16

JB Pritzker
Governor



Ɛx Q
Latoya Hughes
Director

## The Illinois Department of Corrections

Dixon Correctional Center
2600 N. Brinton Avenue • Dixon, IL 61021 • (815) 288-5561 TDD: (800) 526-0844

# MEMORANDUM

2/15

DATE:     March 20, 2025

TO:        Cornille, Bradley  B88097

FROM:     Ms. Perez
          Assistant ADA Coordinator

SUBJECT: Vision

I spoke with the eye doctor about your eye condition, and I have made a note of "legally blind in left eye" on your profile.

However, any accommodations for this condition would be ordered by a medical provider and provided by vision clinics. If there is a specific accommodation you feel you require, please reach out to healthcare so you can be scheduled with the appropriate provider.

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**